IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 23-10719 |
| APRIL LEE LYON | |
| DEBTOR | CHAPTER 13 |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Burnet Central Appraisal District in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: September 4, 2023

> Respectfully submitted,
>
> MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
> Attorneys for Claimant, Burnet Central Appraisal District
>
> */s/Julie Anne Parsons*
> Julie Anne Parsons
> State Bar Number 00790358
> P.O. Box 1269
> Round Rock, Texas 78680
> Telephone: (512) 323-3200
> Fax: (512) 323-3205
> Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2023 I served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to April Lee Lyon, 302 Avenue N, Marble Falls, Texas 78654 by First Class U.S. Mail, and that debtor's counsel, Susan G. Taylor, Law Office of Susan G Taylor, 1777 N. E. Loop 410 #610, San Antonio, Texas 78217 and Deborah B. Langehennig, Deborah Langehennig Trustee PO Box 91419, Austin, Texas 78709 were served electronically through the CM/ECF notification system.

> */s/Julie Anne Parsons*
> Julie Anne Parsons