# United States Bankruptcy Court
## Western District of Texas

In re **April Lee Lyon**          Case No. **23-10719**
Debtor(s)          Chapter **13**

SOCIAL SECURITY NO. **xxx-xx-9849**

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

UPON REPRESENTATIONS OF THE TRUSTEE, OR OTHER INTERESTED PARTIES, THE COURT FINDS THAT:

    The above named debtor has pending in this Court a case for adjustment of debts by an individual with regular income under the provisions of Chapter 13 of Title 11 U.S.C. and pursuant to the provisions of said statute and of the debtors plan, the debtor has submitted all of such portion of the debtors future earnings or other future income to the supervision and control of the trustee of this Court as may be necessary for the execution of the debtors plan; and

    That under the provisions of Title 11 U.S.C., this Court has exclusive jurisdiction of all property including the earnings from such services performed by the debtor during the pendency of this case pursuant to 11 U.S.C. § 1325(b) any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by this Court. A portion of the debtors earnings are necessary for the execution of the debtors plan.

    NOW, THEREFORE, IT IS ORDERED that until further order of this Court or until notice that this case has been dismissed or converted to Chapter 7 of the Bankruptcy Code is received, the employer of said debtor

**Attn: Payroll Department**
**Kimberly Hughes Agency, LLC**
**10713 N. RR 620 Rd., Suite 620**
**Austin, TX 78726**

shall deduct from the earnings of the debtor the sum of $**2,290.00 per month ($528.46 Weekly, $1,0656.92 Bi-Weekly; $1,145.00 Semi Monthly)** beginning on the next payday following the receipt of this order and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor. Employer shall remit forthwith the sums so deducted to the trustee appointed here or her successor in interest as follows:

**Deborah B. Langehennig, Chapter 13 Trustee**
**P.O. Box 298**
**Memphis, TN 38101-0298**

    IT IS FURTHER ORDERED, that said employer notify said trustee if the employment of said debtor is terminated and the reason for such termination.

    IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by an insurance pension or union dues agreement between employer and the debtor, or by the order of this Court be paid to the aforesaid debtor in accordance with employers usual payroll procedure.

    IT IS FURTHER ORDERED, that no deductions for account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of the debtor.

    IT IS FURTHER ORDERED, that this order supersedes any and all previous ord[...] the subject employer in this cause.

**SO ORDERED.**

**SIGNED this 14th day of September, 2023.**

_____
**Barry D. Knight**
**Clerk, U.S. Bankruptcy Court**
**BY: Turner, Blayne**