Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| APRIL LYON, § | CASE NO. 23-10719-SMR-13 |
| DEBTOR. § | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned attorney of the firm of Wilcox Law, PLLC represents AmeriCredit Financial Services, Inc. d/b/a GM Financial, a creditor and party in interest in these proceedings, and enters an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorney as agent for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR AMERICREDIT
FINANCIAL SERVICES, INC. D/B/A
GM FINANCIAL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by **FIRST CLASS MAIL, POSTAGE PREPAID** on:

April Lyon
302 Avenue N
Marble Falls, TX 78654

and by **ELECTRONIC FILING** on:

Susan Taylor
1777 N.E. Loop 410, No. 610
San Antonio, TX 78217

Deborah Langehennig
P.O. Box 91419
Austin, TX 78709

on September 15, 2023.

                                                        /s/ Stephen G. Wilcox
                                                        Stephen G. Wilcox

9040-00934