IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 23-10719-SMR-13 |
| APRIL LYON, § | |
| DEBTOR. § | Confirmation Set: |
| § | **NOVEMBER 8, 2023** |

## WITNESS AND EXHIBIT LIST

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("AmeriCredit" or "Creditor"), and files this its Witness and Exhibit List in conjunction with a hearing on the confirmation of the final Chapter 13 Plan filed by April Lyon ("Debtor"). Creditor lists the following as potential witnesses and exhibits in this matter:

### I. WITNESSES

1. A representative of AmeriCredit;
2. April Lyon;
3. All witnesses called by Debtor;
4. All necessary rebuttal witnesses.

### II. EXHIBITS

1. Vehicle Retail Installment Contract;
2. Certificate of Title;
3. Appropriate page(s) from J.D. Power, formerly known as N.A.D.A.;
4. Wall Street Journal interest rate page;
5. Debtor's Chapter 13 Plan;
6. Debtor's Schedules;
7. All documents filed by Debtor in this case or any previous cases;
8. Chapter 13 Trustee's payment history;
9. The Historical Prime Rate Data from the Federal Reserve Board of Governors (http://research.stlouisfed.org/fred2/data/PRIME.txt);
10. Proof of claim filed by AmeriCredit;
11. All exhibits offered by Debtor; and
12. All necessary rebuttal exhibits.

**WITNESS & EXHIBIT LIST** – Page 1

Respectfully submitted,<br>
/s/ Stephen G. Wilcox<br>
Stephen G. Wilcox<br>
State Bar Number 21454300<br>
WILCOX LAW, PLLC<br>
P.O. Box 201849<br>
Arlington, Texas 76006<br>
(817) 870-1694 Telephone<br>
swilcox@wilcoxlaw.net<br>
ATTORNEY FOR AMERICREDIT<br>
FINANCIAL SERVICES, INC. D/B/A<br>
GM FINANCIAL

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

April Lyon
302 Avenue N
Marble Falls, TX 78654

and ELECTRONICALLY FILED on:

Susan Taylor
1777 N.E. Loop 410, No. 610
San Antonio, TX 78217

Deborah Langehennig
P.O. Box 91419
Austin, TX 78709

Dated on September 15, 2023.

/s/ Stephen G. Wilcox<br>
Stephen G. Wilcox

9040-00934-569743

**WITNESS & EXHIBIT LIST** - Page 2