IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| APRIL LYON, | § | CASE NO. 23-10719-SMR-13 |
| DEBTOR. | § | |

**MOTION OF AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW** AmeriCredit Financial Services, Inc. d/b/a GM Financial ("AmeriCredit"), complaining of April Lyon ("Debtor"), Jeremy Liscum ("Co-Debtor"), and Deborah Langehennig ("Trustee"), and for cause of action would respectfully show the Court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and 11 U.S.C. §§ 362 and 1301. This is a core proceeding.

2. Debtor filed a petition pursuant to Chapter 13 of Title 11. An Order for Relief was subsequently entered.

3. AmeriCredit is a secured creditor of the above-referenced Debtor by virtue of a security interest in a 2015 Cadillac Escalade, Vehicle Identification Number 1GYS4TKJ3FR708150 account number ending in 2629 ("Collateral"). Said debt and security interest are evidenced by a Retail Installment Contract and Certificate of Title.

4. The Adequate Protection payments set forth in the Chapter 13 Plan are too low. The retail value is $31,925.00. Based on this value, adequate protection per the Local Rules should be $399.06.

5. As of September 15, 2023, AmeriCredit was owed the net contractual balance of $37,508.01 with regard to the vehicle. As of September 15, 2023, Debtor was contractually due for the June 22, 2023 payment and all payments due since that time. The monthly contractual payments are $825.84 each. The total contractual arrears as of September 15, 2023 were $2,647.83.

6. But for the automatic stay and the co-debtor stay, AmeriCredit could and would foreclose its lien on the Collateral in which it holds a security interest.

7. AmeriCredit does not have and Debtor and Co-Debtor are not able to offer adequate protection of AmeriCredit's interest in the Collateral securing AmeriCredit's debt.

8. Debtor and Co-Debtor have no equity in the Collateral and such property is not necessary for an effective reorganization.

9. Cause exists to terminate the automatic stay and the co-debtor stay because of Debtor's and Co-Debtor's failure to comply with the requirements of Chapter 13.

10. Further cause may exist to terminate the automatic stay and the co-debtor stay if the vehicle is not properly insured. AmeriCredit hereby demands proof of full coverage insurance, listing AmeriCredit as loss-payee.

**WHEREFORE, PREMISES CONSIDERED,** AmeriCredit Financial Services, Inc. d/b/a GM Financial prays for:

1. An Order of this Court granting AmeriCredit relief from the automatic stay and the co-debtor stay imposed pursuant to 11 U.S.C. §§ 362 and 1301;

2. An Order of this Court authorizing AmeriCredit to take immediate possession of the Collateral which is the subject of this Motion and foreclose its lien on the Collateral without further notice to the Debtor, the Co-Debtor, the Trustee, or any other party-in-interest and authorizing AmeriCredit to obtain all writs and other court orders necessary to obtain possession of its Collateral if it is not voluntarily surrendered by Debtor or Co-Debtor;

3. In the alternative, an Order of this Court requiring Debtor and/or Co-Debtor to provide AmeriCredit with adequate protection of its interest in the Collateral; and

4. For such other and further relief, both general and specific, to which AmeriCredit may show itself justly entitled.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar No. 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR AMERICREDIT
FINANCIAL SERVICES, INC. D/B/A
GM FINANCIAL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Stay, was served by **FIRST CLASS MAIL, POSTAGE PREPAID** on:

April Lyon
302 Avenue N
Marble Falls, TX 78654

Jeremy Liscum
413 CR 123A
Marble Falls, TX 78654

by ELECTRONIC FILING on:

Susan Taylor
1777 N.E. Loop 410, No. 610
San Antonio, TX 78217

Deborah Langehennig
P.O. Box 91419
Austin, TX 78709

on September 19, 2023.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## SUMMARY OF EXHIBITS

1. Retail Instalment Contract dated August 23, 2021 on a 2015 Cadillac Escalade, Vehicle Identification Number 1GYS4TKJ3FR708150.

2. Certificate of Title on a 2015 Cadillac Escalade, Vehicle Identification Number 1GYS4TKJ3FR708150.

3. Affidavit of Jennie Adams.

*Copies of Exhibits are available by written request to:

Kim Raudry
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006

9040-00934-569746

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| APRIL LYON, § | CASE NO. 23-10719-SMR-13 |
| DEBTOR. § | |

## ORDER TERMINATING THE AUTOMATIC STAY AND THE CO-DEBTOR STAY

There came on before this Court, the Motion by AmeriCredit Financial Services, Inc. d/b/a GM Financial for Relief from Automatic Stay and Co-Debtor Stay ("Motion") filed by AmeriCredit Financial Services, Inc. d/b/a GM Financial ("AmeriCredit"), complaining of April Lyon ("Debtor"), Jeremy Liscum ("Co-Debtor"), and Deborah Langehennig ("Trustee"). AmeriCredit was represented by and through Stephen G. Wilcox of the firm of Wilcox Law, PLLC. Debtor, although served with a copy of the Motion, failed to respond. Co-Debtor, although was served with the Motion, failed to respond. The Chapter 13 Trustee, although was served with a copy of the Motion, failed to respond.

**IT IS THEREFORE ORDERED** that:

1. The automatic stay and the co-debtor stay are terminated immediately as to the 2015 Cadillac Escalade, Vehicle Identification Number 1GYS4TKJ3FR708150, account number ending in 2629 .

2. AmeriCredit may repossess and sell its Collateral without further notice to the Debtor, the Co-Debtor, the Trustee, or any other party-in-interest. AmeriCredit may also obtain all writs and other court orders necessary to obtain possession of its Collateral in the event it is not voluntarily surrendered.

**IT IS SO ORDERED.**

# # #

**PREPARED BY:**

Stephen G. Wilcox
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006

9040-00934-569746