# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10719−smr
Chapter No.: 13
Judge: Shad Robinson

IN RE: **April Lee Lyon** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **11/7/23 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 15 Motion for Relief from Stay And Against Co−Debtor (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Stephen Wilcox for Creditor AmeriCredit Financial Services, Inc. d/b/a GM Financial (Attachments: # 1 Contract & title # 2 Affidavit)) Hearing Scheduled For 11/7/2023 at 01:30 PM at Austin Courtroom 1 (Benitez, Estella) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing.

Dated: 9/20/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−TMD] [NtchrgBKtmdap]