# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10719−smr

Chapter No.: 13

Judge: Shad Robinson

IN RE: **April Lee Lyon**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **11/7/23 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 15 Motion for Relief from Stay And Against Co−Debtor (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Stephen Wilcox for Creditor AmeriCredit Financial Services, Inc. d/b/a GM Financial (Attachments: # 1 Contract & title # 2 Affidavit)) Hearing Scheduled For 11/7/2023 at 01:30 PM at Austin Courtroom 1 (Benitez, Estella) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing.

Dated: 9/20/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−TMD] [NtchrgBKtmdap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-10719-smr |
| April Lee Lyon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2023 | Form ID: 231 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + April Lee Lyon, 302 Avenue N, Marble Falls, TX 78654-5626 |
| | + Jeremy Liscum, 413 CR 123A, Marble Falls, TX 78654-7858 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah B. Langehennig | mschoppe@ch13austin.com  courtdownloads@ch13austin.com |
| Julie A. Parsons | on behalf of Creditor Burnet Central Appraisal District jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Stephen Wilcox | on behalf of Creditor AmeriCredit Financial Services  Inc. d/b/a GM Financial swilcox@wilcoxlaw.net, krw77@sbcglobal.net;kraudry@wilcoxlaw.net |
| Susan G. Taylor | on behalf of Debtor April Lee Lyon affordabletxbk@att.net  taylorsr76846@notify.bestcase.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

District/off: 0542-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 20, 2023 | Form ID: 231 | Total Noticed: 2
TOTAL: 5