23-10719-smr Doc#40-1 Filed 11/02/23 Entered 11/02/23 17:25:50 Exhibit A--Copy of Promissory Note (Wraparound) Pg 1 of 2

**Exhibit "A"**
**Page 1 of 2**

# PROMISSORY NOTE
## (Wraparound)

**DATE:** August 15, 2016

**MAKER:** APRIL LYON

**MAKER'S MAILING ADDRESS:** 311 East Castleshoals, Granite Shoals, Burnet County, Texas 78654

**PAYEE:** PEGGY JONES

**PLACE FOR PAYMENT:** 22 Fairway Lane, Meadowlakes, Burnet County, Texas 78654

**PRINCIPAL AMOUNT:** ONE HUNDRED FIFTEEN THOUSAND AND NO/100 DOLLARS ($115,000.00)

**ANNUAL INTEREST RATE ON UNPAID PRINCIPAL FROM DATE:** Seven Percent (7.00%) Per Annum

**ANNUAL INTEREST RATE ON MATURED, UNPAID AMOUNTS:** Eighteen Percent (18%)

**TERMS OF PAYMENT:**

Principal and interest are payable in monthly installments of **ONE THOUSAND ONE HUNDRED FOUR AND 42/100 ($1,104.42) DOLLARS** or more, each on or before the 29th day of each and every month, beginning **September 29, 2016**, and continuing regularly and monthly until the **August 29, 2021**; when at that time the entire amount of principal and interest remaining unpaid will be payable. Interest will be calculated on the unpaid principal to the date of each installment paid. Payment will be credited first to the accrued interest and then to reduction of principal.

Maker may prepay this note in any amount at any time before the Maturity Date without penalty or premium.

If any installment becomes overdue for more than ten (10) days after the due date, at Lender's option a late payment charge of 5% of any installment not paid may be charged in order to defray the expense of handling the delinquent payment.

**PROPERTY TAX ESCROW:**

Borrower shall deposit with Lender in escrow a pro rata part of the estimated annual ad valorem taxes for the property which secures the payment of this note. Borrower shall deposit monthly with Lender with each installment on the Note the amount of $166.94 until the Note is paid in full. The installment amount may be adjusted annually in accordance with the current year's tax statement. Borrower shall pay any deficiency within 30 days after notice from Lender. Borrower's failure to pay the deficiency constitutes a default under this note.

**SECURITY FOR PAYMENT:**

This note is secured by a vendor's lien retained in a deed from PEGGY JONES to Maker dated **July 29, 2016** and by a deed of trust of even date from Maker to MICHAEL LUCKSINGER, Trustee, both of which cover the following described Property:

Page 1 of 2 pages.                                                                                                   Initialed for identification AL

23-10719-smr Doc#40-1 Filed 11/02/23 Entered 11/02/23 17:25:50 Exhibit A--Copy of Promissory Note (Wraparound) Pg 2 of 2

**Exhibit "A"**
**Page 2 of 2**

**Being the surface rights only in and to Lot Eight Hundred Thirty-Five-A (835-A) in A REPLAT OF LOT NOS. 782, 783, 784, 785, 786, 787, 788, 835, 836, 837, 838, AND 839, SHERWOOD SHORES, MYSTIC CASTLE SECTION, a subdivision in Burnet County, Texas, according to plat recorded in Clerk's Document #201409626, Official Public Records, Burnet County, Texas.**

The lien securing this note is subordinate to the lien securing payment of the unpaid balance of a prior note in the original principal amount of $89,250.00, dated August 15, 2016, and executed by PEGGY JONES to AMERICAN BANK OF TEXAS, described in and secured by a Deed of Trust, dated August 15, 2016, executed by PEGGY JONES to JERRY GRIFFIN, Trustee, recorded under Clerk's Document No. _____, Official Public Records, Burnet County, Texas. Maker has not assumed payment of that prior note, but Payee is obligated to pay it according to its terms. If Payee defaults in payment of the prior note, Maker has the right to cure the default and receive credit on this note. The subordinate lien securing this note is also provided for in the warranty deed with vendor's lien and deed of trust described above, which this note incorporates and is subject to.

Maker promises to pay to the order of Payee at the place for payment and according to the terms of payment the principal amount plus interest at the rates stated above. All unpaid amounts shall be due by the final scheduled payment date.

If Maker defaults in the payment of this note or in the performance of any obligation in any instrument securing or collateral to it, and the default continues after Payee gives Maker notice of the default and the time within which it must be cured, as may be required by law or by written agreement, then Payee may declare the unpaid principal balance and earned interest on this note immediately due. Maker and each surety, endorser, and guarantor waive all demands for payment, presentations for payment, notices of intention to accelerate maturity, notices of acceleration of maturity, protests, and notices of protest, to the extent permitted by law.

If this note or any instrument securing or collateral to it is given to an attorney for collection or enforcement, or if suit is brought for collection or enforcement, or if it is collected or enforced through probate, bankruptcy or other judicial proceeding, then Maker shall pay Payee all costs of collection and enforcement, including reasonable attorney's fees and court costs, in addition to other amounts due. Reasonable attorney's fees shall be 10% of all amounts due unless either party pleads otherwise.

Interest on the debt evidenced by this note shall not exceed the maximum amount of nonusurious interest that may be contracted for, taken, reserved, charged or received under law; any interest in excess of that maximum amount shall be credited on the principal of the debt or if that has been paid, refunded. On any acceleration or required or permitted prepayment, any such excess shall be canceled automatically as of the acceleration or prepayment or, if already paid, credited on the principal or the debt or, if the principal of the debt has been paid, refunded. This provision overrides other provisions in this and all other instruments concerning debt.

Each Maker is responsible for all obligations represented by this note.

When the context requires, singular nouns and pronouns include the plural.

_____
APRIL LYON

Page 2 of 2 pages.                                                                                       Initialed for identification \_\_AL\_\_