23-10719-smr Doc#40-3 Filed 11/02/23 Entered 11/02/23 17:25:50 Exhibit C--Copy of Email message from Cryers bankruptcy couns Pg 1 of 1

**Exhibit "C"**
**Page 1 of 1**

**Weldon Ponder**

| | |
|---|---|
| **From:** | Weldon Ponder <welpon@austin.rr.com> |
| **Sent:** | Wednesday, November 1, 2023 4:42 PM |
| **To:** | 'contact@susangtaylor.com'; 'affordabletxbk@att.net' |
| **Subject:** | RE: April Lee Lyon Case #23-10719-Confirmation Hearing 11/8/2023 |
| **Attachments:** | Deed Of Trust April Lyon.pdf; Promissory Note April Lyon.pdf |

**To the Law Office of Susan Taylor, counsel for the Debtor, April Lee Lyon:**

This message follows our telephone conversation of yesterday afternoon, Tuesday, October 31, 2023, about the above Chapter 13 case in which you represent the Debtor, April Lee Lyon, and I represent the secured creditor, Allen Cryer, Independent Executor of the Estate of Peggy Jones, Deceased, the owner and holder of the attached Promissory Note and Deed of Trust executed by Ms. Lyon.

I am waiting to hear back from my client and his Burnet County attorney, Neal Kennedy, about the matters I discussed with you yesterday. In the meantime, please communicate to your client, Ms. Lyon, that absent a written order of the bankruptcy court allowing the use of cash collateral pursuant to Section 363 of the U. S. Bankruptcy Code (11 U.S.C. §363), further use of cash collateral in this case is prohibited. I'm specifically referring to rental income from the property located in Burnet County, Texas, locally known as 311 East Castleshoals, Granite Shoals, Texas 78654. It has come to my attention that Ms. Lyon has been collecting the rents on this property for approximately one year and not remitting those rents to Mr. Cryer. This has continued after the commencement of this case on September 1, 2023. As you know, when this case was filed, the subject property was scheduled for a foreclosure sale the following Tuesday, September 5, 2023. And no motion has been filed in this case to allow the use of cash collateral, as defined in Bankruptcy Code Section 363(a).

Please refer to Paragraph 7 in the "General Provisions" section of my client's Deed of Trust, attached, for the relevant assignment of rents provision.

--Weldon Ponder

**B. Weldon Ponder, Jr.**
**Attorney at Law**
**Spicewood Professional Offices**
**4408 Spicewood Springs Road**
**Austin, TX 78759**
**Office Phone: (512) 342-8222**
**Fax: (512) 342-8444**
**Cell Phone: (512) 422-3403**
**email address: welpon@austin.rr.com**