**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 03, 2023.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 23-10719-smr** |
| | § | |
| **April Lee Lyon** | § | |
| | § | |
| **Debtor** | § | **Chapter 13 Bankruptcy** |

**AGREED ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
WITH CONDITIONS**

The Confirmation Hearing for the above-referenced case is currently scheduled for November 8, 2023. The objecting parties and the Debtor have agreed to a denial of confirmation with conditions.

The Court finds that Confirmation of the Chapter 13 Plan filed on October 30, 2023 is DENIED.

The Court also finds that the Debtor shall have until November 22, 2023, to file an Amended Chapter 13 Plan to include lump sum of proceeds from lawsuit, an Amended Schedule B to add value of lawsuit, to get current on Plan payments, and to file an Application to Employ Special Counsel, or the case may be dismissed without further notice of hearing upon submission by the Trustee of an Order Summarily Dismissing the Case**.**

It is therefore **ORDERED, ADJUDGED, and DECREED** that Confirmation of the Chapter 13 Plan filed on October 30, 2023 is DENIED.

It is further **ORDERED** that the Debtor shall have until November 22, 2023, to file an Amended Chapter 13 Plan to include lump sum of proceeds from lawsuit, an Amended Schedule B to add value of lawsuit, to get current on Plan payments, and to file an Application to Employ Special Counsel, or the case may be dismissed without further notice of hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.

###

**Agreed:**

/s/ Susan G. Taylor
Susan G. Taylor
SBN: 19723660
Law Office of Susan G. Taylor
1502 West Avenue
Austin, Texas 78701
1777 NE Interstate 410 Loop, Ste 610,
San Antonio, Tx 78217
Phone (512) 476-2000
Email: susan@susangtaylor.com
Email: contact@susangtaylor.com
Attorney for Debtor

/s/ Deborah B. Langehennig
Deborah B. Langehennig
Chapter 13 Trustee
PO Box 91419
Austin, TX 78709
(512) 912-0305
www.ch13austin.com