

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 28, 2023.**

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                                 CASE NO.    23-10719-SMR

**APRIL LEE LYON**

**DEBTOR**                                                                  **CHAPTER 13**

### ORDER FOR SUMMARY DISMISSAL OF CASE

Pursuant to the Standing Order for Case Administration for this Division, the Trustee's signature here below certifies that this case should be summarily dismissed because the Debtor(s) failed to:

1. _____ Timely file a Plan and/or Schedules;
2. _____ Attend the scheduled First Meeting of Creditors;
3. _____ Remain current on plan payments under the Debtor(s)' Confirmed Plan;
4. __X__ Comply with the provisions of a previously filed Order Denying Confirmation;
5. _____ Failure to file pay advices pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** that this Chapter 13 case be, and the same hereby is, **DISMISSED.**

IT IS FURTHER **ORDERED** that the Trustee be discharged and relieved of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

# # #

I certify that the above facts are true,

/s/     Deborah B. Langehennig
_____

Deborah B. Langehennig
P.O. Box 91419
Austin, TX  78709