# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 23–10719–smr
**Chapter No.:** 13
**Judge:** Shad Robinson

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
April Lee Lyon
302 Avenue N
Marble Falls, TX 78654
**SSN/TAX ID:**
xxx–xx–9849

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **12/28/23**                    for Joint Debtor (if any) on **N/A**

Dated:  12/28/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]